# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN MICHIGAN

DOUGLAS NEAL,

    Plaintiff,

v.

AK STEEL CORPORATION,

    Defendant.

Case No. 3:21-cv-10599-RHC-KGA

Hon. Robert H. Cleland

| Batey Law Firm PLLC | Bodman PLC |
|---|---|
| SCOTT P. BATEY (P54711) | JOHN T. BELOW (P48677) |
| Attorney for Plaintiff | MELISSA M. TETREAU (P80864) |
| 30200 Telegraph Road, Suite 400 | Attorneys for Defendant |
| Bingham Farms, MI 48025 | 201 W. Big Beaver Road, Suite 500 |
| (248) 540-6800-telephone | Troy, MI 48084 |
| (248) 540-6814-fax | (248) 743-6000-telephone |
| sbatey@bateylaw.com | (248) 743-6002-fax |
|  | jbelow@bodmanlaw.com |
|  | mtetreau@bodmanlaw.com |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties to this civil action, through their respective counsel, stipulate to the dismissal of this action with prejudice and without costs.

IT IS HEREBY ORDERED, pursuant to the undersigned stipulation of the

Parties, through their counsel, that this action is dismissed with prejudice and without costs.

Dated: August 2, 2022

s/Robert H. Cleland
Robert H. Cleland
U.S. District Court Judge

/s/ (w/consent) Scott P. Batey
Scott P. Batey (P54711)
Batey Law Firm PLLC
Attorney for Plaintiff

/s/John T. Below
John T. Below (P48677)
Bodman PLC
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2022, the foregoing Stipulated Order of Dismissal with Prejudice and this Certificate of Service were electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all parties of record.

BODMAN PLC

By: /s/ John T. Below
John T. Below (P48677)
Attorney for Defendant